**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  08MJ0096 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| **HECTOR MANUEL GUILLEN-GUILTRON** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

the above-captioned case.

Respectfully submitted,

Dated:  January 17, 2008          /s/   *Hanni M. Fakhoury*
                              **HANNI M. FAKHOURY**
                              Federal Defenders of San Diego, Inc.
                              Hanni_Fakhoury@fd.org
                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: January 17, 2008          /s/   Hanni M. Fakhoury
                                 **HANNI M. FAKHOURY**
                                 Federal Defenders of San Diego, Inc.
                                 Hanni_Fakhoury@fd.org
                                 Attorneys for Defendant